**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hughton, LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1076006** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **715 SW 9th Street** | |
| **Hallandale, FL 33009** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor   **Hughton, LLC**                                     Case number (*if known*) _____
      Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Hughton, LLC**                                          Case number (*if known*) _____
_____
        Name

**11. Why is the case filed in** *this district?*   *Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
          Contact name     _____
          Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Hughton, LLC**
　　　　Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 2, 2026**
　　　　　　　MM / DD / YYYY

**X** **/s/   Knox Golding**　　　　　　　　　**Knox Golding**
Signature of authorized representative of debtor　　　Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Angelena M. Conant**　　　　　Date   **March 2, 2026**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Angelena M. Conant 101751**
Printed name

**Angelena M. Root, P.A.**
Firm name

**1931 Cordova Road, #303**
**#303**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone   **(954) 986-2101**　　Email address   **amrootesq@gmail.com**

**101751 FL**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hughton, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DOT FUND LLC 2750 NE 185TH STREET SUITE 306 Aventura, FL 33180** | | **715 SW 9th StreetHallandale Beach, FL   33009** | | **$360,000.00** | **Unknown** | **$360,000.00** |
| **DOT1416, LLC 2750 NE 185TH STREET SUITE 306 Aventura, FL 33180** | | **413 NE 162nd StreetMiami, FL 33162** | | **$400,000.00** | **Unknown** | **$400,000.00** |
| **EF Mortgage, LLC c/o BSI Financial Services 314 S. Franklin Street, 2nd Floor PO Box 517 Titusville, PA 16354** | | **1019 NW 11th Court Miami, FL 33136** | | **$418,000.00** | **Unknown** | **$418,000.00** |
| **EF Mortgage, LLC c/o BSI Financial Services 314 S. Franklin Street, 2nd Floor PO Box 517 Titusville, PA 16354** | | **473 Burgundy JDelray Beach, FL 33484** | | **$103,200.00** | **Unknown** | **$103,200.00** |
| **Mitchell H. Cole Revocable Trust PO Box 816417 Hollywood, FL 33081** | | **372 Piedmont HDelray Beach, FL   33484** | | **$108,000.00** | **Unknown** | **$108,000.00** |
| **Sky 18 Capital 1005 NE 125th Street, unit 202 Miami, FL 33161** | | **2102 Lucaya Bend, Apt. J4Coconut Creek, FL   33066** | | **$91,700.00** | **Unknown** | **$91,700.00** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Florida

In re    **Hughton, LLC**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, Knox Golding, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 2, 2026**_____

**/s/  Knox Golding**_____

**Knox Golding**/**Managing Member**
Signer/Title

Aimee Schoonover
Kelley Kronenberg
10360 W. State RD 84
Fort Lauderdale, FL 33324


Christopher Hellewell
c/o Ghidotti Berger LLP
10800 Biscayne Blvd, Suite 201
Miami, FL 33161


DOT FUND LLC
2750 NE 185TH STREET
SUITE 306
Aventura, FL 33180


DOT1416, LLC
2750 NE 185TH STREET
SUITE 306
Aventura, FL 33180


EF Mortgage, LLC
c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor PO Box
Titusville, PA 16354


Jason Michael Vanslette
Kelley Kronenberg
10360 W. State Road 84
Fort Lauderdale, FL 33324


Johanni Fernandez-Marmol
c/o Ghidotti Berger LLP
10800 Biscayne Blvd, Suite 201
Miami, FL 33161


Jordan Wainstein
Kelley Kronenberg
10360 W. State RD 84
Fort Lauderdale, FL 33324


Mitchell H. Cole Revocable Trust
PO Box 816417
Hollywood, FL 33081


Sky 18 Capital
1005 NE 125th Street, unit 202
Miami, FL 33161