# United States Bankruptcy Court
## Southern District of Florida

In re   **Hughton, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hughton, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**March 2, 2026**

Date

**/s/ Angelena M. Conant**

**Angelena M. Conant 101751**

Signature of Attorney or Litigant

Counsel for **Hughton, LLC**

**Angelena M. Root, P.A.**

**1931 Cordova Road, #303**
**#303**
**Fort Lauderdale, FL 33316**
**(954) 986-2101  Fax:(954) 212-0774**
**amrootesq@gmail.com**