UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
http://www.flsb.uscourts.gov

In re:

Hughton, LLC,

Case No. 26-12621-SMG

Chapter 11

Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the debtor, Hughton, LLC, files this *Chapter 11 Case Management Summary*, and states:

The following data represents approximations for background information only and the information may represent the debtor's best estimate in response to some of the ensuing questions.

1.      Date of order for relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **March 2, 2026**

2.      Names, case numbers and dates of filing of related debtors: **None**

3.      Description of debtor's business: **The debtor operates a residential real estate investment business in South Florida, acquiring and renovating single-family and condominium properties for rental and/or resale. The debtor owns seven properties:**

**1.      1019 NW 11th Court, Miami FL 33136**
**2.      715 SW 9th Street, Hallandale Beach, FL 33009**
**3.      413 NE 162nd Street, Miami, FL 33162**
**4.      372 Piedmont H, Delray Beach, FL 33484**
**5.      473 Burgundy J, Delray Beach, FL 33484**
**6.      394 Normandy I, Delray Beach, FL 33484**
**7.      2102 Lucaya Bend, Apt. J4, Coconut Creek, FL 33006**

**Properties 4 and 5 are encumbered by mortgages and currently leased to tenants. Properties 1, 2, 3, and 7 are encumbered by mortgages and currently under renovation. Property 6 is unencumbered and on the market to be rented. Property 2 is used as the debtor's office and is also the residence of the debtor's principal, Knox Golding. Each of the encumbered properties have equity, and the debtor estimates that collectively there is over $800,000 in equity in the properties.**

1

Doc ID: ef817a8e91f0bfc37cffa5a2154358683324ee48

4.      Locations of debtor's operations and whether the business premises are leased or owned: **The debtor's business premises are located at 715 SW 9th Street, Miami, FL 33162, and the house is owned by the debtor.**

5.      Reasons for filing chapter 11: **The debtor filed this case to save its property located at 1019 NW 11th Court, Miami FL 33136. The property is subject to foreclosure proceedings in case no. 2025-011492-CA-01 (Cir. Ct., 11th Jud. Cir., Miami-Dade Cty., Fla.). The property sold at a foreclosure sale March 2, 2026, at 10:34 a.m. ET, for $385,100.00. However, the bankruptcy petition was filed before the filing of the Certificate of Sale, and thus the property remains property of the estate. *See In re Rodriguez*, 2016 WL 8504994 (Bankr. S.D. Fla. July 12, 2016) (holding that the debtor's real property was property of the estate because the bankruptcy petition was filed before the state court's filing of a certificate of sale). As discussed below, the debtor estimates that the property has equity above the final judgment.**

6.      List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one year prior to filing: **The debtor's managing member is Knox Golding. Mr. Golding was not taking a salary at the time of filing or during the one year prior to filing but he did pay certain personal expenses from the debtor. The debtor will not be paying any personal expenses going forward.**

7.      Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

**2025: $10,850**
**2026: $6,700**

**The debtor has gross income from the rental of Property 4 to Keith Sarao, which commenced on February 1, 2026, and will end or renew on January 31, 2027. The unit is rented for a monthly amount of $1,800. The tenant is paying a security deposit of $1,800 over four months at a rate of $500 for the first three months and $300 for the final month. In 2026, the tenant paid the debtor $3,600 for February and March rent.**

**The debtor also has gross income from the rental of Property 5 to Tetiana Savchuk and Anton Vodianitski, which commenced on June 15, 2025, and will end or renew on June 14, 2026. The unit is rented for a monthly amount of $1,550.00 In 2025, the tenants paid the debtor rent of $10,850, and in 2026, they paid the debtor rent $3,100.**

**The debtor did not earn income last year or this year to date from the sale of properties because the debtor didn't sell any properties in 2025 or 2026. The Debtor refinanced some properties to extract equity to complete projects and to pay secured creditors.**

2

Doc ID: ef817a8e91f0bfc37cffa5a2154358683324ee48

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations: **Unknown.**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

**1. EF Mortgage LLC has a Final Judgment entered on January 14, 2026 in the amount of $418,140.51. The collateral for this loan is 1019 NW 11th Court, Miami FL 33136. Zillow's estimate of the value of the property is $575,400. This property is located in a historic district that demands strict compliance with their preservation guidelines.**

**2. DOT Fund LLC is the holder of a mortgage in the amount of $325,000. The collateral for this loan is 715 SW 9th Street, Hallandale Beach, FL 33009. Zillow's estimate of the value of the property is $555,000. This property is the office of the debtor and the home of its principal Knox Golding.**

**3. DOT1416, LLC is the holder of a mortgage in the amount of $400,000. The collateral for this loan is 413 NE 162nd Street, Miami, FL 33162. The debtor's estimated value of the property is $668,000. This property is nearly complete, save for one room and a permit issue. Once completed, it will be listed for sale. The completed property is expected to sell for no less than $850,000.**

**4. The Mitchell H. Cole Revocable Trust is the holder of a mortgage in an approximate amount of $108,000. The collateral for this loan is 372 Piedmont H, Delray Beach, FL 33484. The debtor's estimated value of the property is $165,000. This property is fully renovated and currently occupied by a tenant under a one-year lease that commenced on February 1, 2026.**

**5. EF Mortgage, LLC is the holder of a mortgage in an approximate amount of $103,200. The collateral for this loan is 473 Burgundy J, Delray Beach, FL 33484. The debtor's estimated value of the property is $145,000. This property is fully renovated and currently occupied by a tenant under a one-year lease that commenced on June 15, 2025.**

**6. 394 Normandy I, Delray Beach, FL 33484 is unencumbered by a mortgage. The debtor's estimated value of the property is $150,000. The debtor owes approximately $6,700 to the Kingspoint Condominium Association. The property is seeking a tenant.**

**7. Sky 18 Capital, LLC is the holder of a mortgage in an approximate amount of $91,700. The collateral for this loan is 2102 Lucaya Bend, Apt. J4, Coconut Creek, FL 33066. The debtor's estimated value of the property is $150,000.**

c. Amount of unsecured claims: **None that the debtor is aware of.**

3

9.      General description and approximate value of the debtor's assets: **See response to item 8 above.**

10.      List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: **The debtor has the following two insurance policies that it bound:**

1.      **Policy Number: LL034FL0110725**
**Covered Property: 372 Piedmont H, Delray Beach, FL 33484 [Property 4]**
**Insurer: Lloyd's of London Insurance**
**Amount of Coverage:**
    **Personal property tenant/condo: $60,000**
    **Loss of use: $8,000**
    **Personal liability: $20,000**
    **Medical payments: $5,000**
**Annual Premium: $1,974.29 (debtor has paid)**
**Date Policy Expires: 2/2/2027**

2.      **Policy Number: CV039FL0200899**
**Covered Property: 715 SW 9th St., Hallandale Beach, FL 33009 [Property 2]**
**Insurer: Covington Special Insurance Company**
**Amount of Coverage:**
    **Coverage A – Dwelling: $455,000**
    **Coverage D – Loss of use / rents: $46,000**
    **Coverage L – Personal liability: $300,000**
    **Coverage M – Medical Payments: $5,000**
    **Water Damage Sublimit: $10,000**
    **Mold Sublimit: $10,000**
**Deductibles:**
    **All other perils: $5,000**
    **Water damage: $5,000**
    **Windstorm & hail: $22,750**
**Annual Premium: $6,256.95 (Debtor has paid)**
**Date Policy Expires: 1/27/27**

**The debtor is in the process of procuring insurance policies for all of its properties.**

11.      Number of employees and amounts of wages owed as of petition date: **None (unless Knox Golding is regarded as an employee). Mr. Golding is not owed any wages as of the petition date.**

12.      Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to

Doc ID: ef817a8e91f0bfc37cffa5a2154358683324ee48

provide the more detailed payroll tax information required by Local Rule 2081-1(A): **None that the debtor is aware of.**

13.     Anticipated emergency relief to be requested within 14 days from the petition date: **None.**

Hughton, LLC

By _____  03 / 05 / 2026
Golding, Knox
Knox Golding, Managing Member

Dated: March 5, 2026

**LESSNE HOFFMAN, PLLC**
*Proposed Counsel for Debtor-in-Possession*
100 SE 3rd Ave, 10th Floor
Fort Lauderdale, FL 33394
Ph. (954) 372-5759

By: *s/ Michael D. Lessne* _____
Michael D. Lessne
Fla. Bar No. 73881
mlessne@lessnehoffman.law
Michael S. Hoffman
Fla. Bar No. 41164
mhoffman@lessnehoffman.law

Doc ID: ef817a8e91f0bfc37cffa5a2154358683324ee48

## CERTIFICATE OF SERVICE

I certify that I electronically filed this summary with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices, on this 5th day of March, 2026.

Dated: March 5, 2026

**LESSNE HOFFMAN, PLLC**
*Proposed Counsel for Debtor-in-Possession*
100 SE 3rd Ave, 10th Floor
Fort Lauderdale, FL 33394
Ph. (954) 372-5759

By: *s/ Michael D. Lessne*
  Michael D. Lessne
  Fla. Bar No. 73881
  mlessne@lessnehoffman.law
  Michael S. Hoffman
  Fla. Bar No. 41164
  mhoffman@lessnehoffman.law

6

                                                          Audit trail

| | |
|---|---|
| **Title** | Lessne Hoffman, PLLC has sent you a document to review and... |
| **File name** | Chapter 11 Case Management Summary.pdf |
| **Document ID** | ef817a8e91f0bfc37cffa5a2154358683324ee48 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested on app.practicepanther.com and signed on app.practicepanther.com

## Document History

| | | |
|---|---|---|
| **SENT** | **03 / 05 / 2026**<br>23:10:53 UTC | Sent for signature to Golding, Knox (hughtonllc@gmail.com)<br>by support@practicepanther.com acting on behalf of<br>mlessne@lessnehoffman.law<br>IP: 73.204.113.4 |
| **VIEWED** | **03 / 05 / 2026**<br>23:25:09 UTC | Viewed by Golding, Knox (hughtonllc@gmail.com)<br>IP: 75.74.201.208 |
| **SIGNED** | **03 / 05 / 2026**<br>23:38:20 UTC | Signed by Golding, Knox (hughtonllc@gmail.com)<br>IP: 75.74.201.208 |
| **COMPLETED** | **03 / 05 / 2026**<br>23:38:20 UTC | The document has been completed. |

Powered by ✖ **Dropbox** Sign